For Plaintiff:

Dated: 7/24/2014    M. Thompson
                    MALIKAH THOMPSON

AND

For Defendant:    SHOOTER ALLEY, INC.

Dated: 8-6-14    _RdR_
                 (Name)

                 _Director of operations_
                 (Title)

9